In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-379 CV


____________________



IN RE NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, 
PENNSYLVANIA, THE INSURANCE COMPANY OF THE

STATE OF PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY,


AIG RISK MANAGEMENT, INC., AND


AMERICAN INTERNATIONAL GROUP, INC.






Original Proceeding






MEMORANDUM OPINION (1)


 On August 15, 2003, relators filed their petition for mandamus. Relators and the
real parties in interest informed the Court that the issues presented in the relators' petition
for mandamus are now moot. Accordingly, our order granting temporary relief is
VACATED. The writ is denied without reference to the merits of the issues presented in
the petition and without prejudice to refiling in the event of renewed or future controversy. 
Costs are assessed against the incurring party.

 PER CURIAM


Opinion Delivered September 11, 2003

Before McKeithen, C.J., Burgess and Hill (2), JJ.
1. Tex. R. App. P. 47.4.
2. The Honorable John Hill, sitting by assignment pursuant to Tex. Gov't Code
Ann. § 74.003(b) (Vernon 1998).